IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Peebles, John C | Case Number: 07 B 09596 |
| | Judge: Wedoff, Eugene R |
| Printed: 9/3/08 | Filed: 5/25/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 17, 2008
Confirmed: August 23, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,285.00 | |
| Secured: | | 1,120.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,987.61 |
| Trustee Fee: | | 177.39 |
| Other Funds: | | 0.00 |
| Totals: | 3,285.00 | 3,285.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,558.00 | 1,987.61 |
| 2. | Real Time Resolutions | Secured | 0.00 | 0.00 |
| 3. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 4. | City Of Chicago | Secured | 0.00 | 0.00 |
| 5. | American General Finance | Secured | 6,414.44 | 1,120.00 |
| 6. | Real Time Resolutions | Secured | 756.00 | 0.00 |
| 7. | Chase Home Finance | Secured | 11,240.26 | 0.00 |
| 8. | United States Dept Of Education | Unsecured | 0.00 | 0.00 |
| 9. | United States Dept Of Education | Unsecured | 0.00 | 0.00 |
| 10. | Baxter Credit Union | Unsecured | 52.56 | 0.00 |
| 11. | Premier Bankcard | Unsecured | 42.73 | 0.00 |
| 12. | Portfolio Recovery Associates | Unsecured | 130.03 | 0.00 |
| 13. | Peoples Energy Corp | Unsecured | 238.37 | 0.00 |
| 14. | Sprint Nextel | Unsecured | 78.87 | 0.00 |
| 15. | City Of Chicago Dept Of Revenue | Unsecured | 53.31 | 0.00 |
| 16. | Asset Acceptance | Unsecured | 89.30 | 0.00 |
| 17. | Cavalry Portfolio Services | Unsecured | 357.47 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 55.54 | 0.00 |
| 19. | Biehl & Biehl | Unsecured | | No Claim Filed |
| 20. | KCA Financial Services | Unsecured | | No Claim Filed |
| 21. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 22. | Certified Credit Corporation | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 23,066.88 | $ 3,107.61 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Peebles, John C | Case Number:  07 B 09596 |
| | Judge:  Wedoff, Eugene R |
| Printed:  9/3/08 | Filed:  5/25/07 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 177.39 |
| | _____ |
| | $ 177.39 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

